```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 9, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

United States of America

-v-

13 Cr. 682 (KBF)

ORDER

Joseph L. Junkovic,
                                     Defendant(s).
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Pursuant to a conference with the Court on 9/9/2013, it is hereby ORDERED as follows:

- Not later than 9/23/2013, the Government shall produce discovery to the defendant.

- The next status conference in this matter is scheduled for 11/15/2013, at 4:30 p.m. At that conference, counsel should be prepared to discuss a motion briefing schedule (if necessary), as well as a schedule for the remainder of the action, including trial.

- Defendant's bail is modified to include travel to the district of New Jersey.

- Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from September 9, 2013, to November 15, 2013. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         September 9, 2013

_____
KATHERINE B. FORREST
United States District Judge