```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 19, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

          -v-

JOSEPH L. JUNKOVIC,

                           Defendant(s).
------------------------------------------------------------------X

13 Cr. 682 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Pursuant to a proceeding with the Court on November 15, 2013, it is hereby ORDERED as follows:

- Trial In this matter is scheduled for 5/12/2014, at 9:00 a.m.

- Pretrial motions are to be filed not later than 12/18/2013. Responses are due not later than 1/17/2014. Replies, if any, are due not later than 1/24/2014.

- The next status conference with the court is scheduled for 2/14/2014, at 3:30 p.m.

- Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from November 15, 2013, to May 12, 2014. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:    New York, New York
             November 19, 2013

                                           _____
                                           KATHERINE B. FORREST
                                           United States District Judge