```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 24, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

JOSEPH JUNKOVICK,

                           Defendant(s).
------------------------------------------------------------------X

13 Cr. 682 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Pursuant to a proceeding with the Court on 2/21/2014, it is hereby ORDERED as follows:

- 404(b) Notices are due not later than 4/7/2014.

- Motions *in limine* are to be filed not later than 4/25/2014. Responses are due not later than 5/2/2014.

- All pretrial materials, including proposed *voir dire* and proposed requests to charge are due not later than 5/2/2014.

- A final pretrial conference is scheduled for 5/7/2014, at 1:00 p.m.

- 3500 material shall be turned over to the defendant not later than 5/9/2014.

SO ORDERED:

Dated:    New York, New York
             February 24, 2014

                                                   KATHERINE B. FORREST
                                                   United States District Judge